

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 298TH DISTRICT COURT OF DALLAS COUNTY, GREETINGS:

On March 13, 2025, the Court of Appeals for the Fifteenth District of Texas vacated your judgment in the following case:

Robert Wayne Mitchell v. Bryan Collier in his official capacity as Executive Director of the Texas Department of Criminal Justice

Court of Appeals No. 15-24-00033-CV
Trial Court No. DC-23-04417

The Court of Appeals entered the following judgment or order:

This cause, an appeal from an order in favor of appellee, Bryan Collier in his official capacity as Executive Director of the Texas Department of Criminal Justice, signed April 25, 2024, was heard on the appellate record. The record shows that the trial court and this court lack subject matter jurisdiction. We therefore order the trial court's order granting Collier's plea to the jurisdiction **VACATED** and order the appeal **DISMISSED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this May 23, 2025.

**CHRISTOPHER A. PRINE, CLERK**